# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Estefany J.S., | Civ. No. 26-216 (JWB/SGE) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | **ORDER TO SHOW CAUSE** |
| Respondents. | |

Earlier today, Respondents were ordered to file, by 4:00 p.m., a letter confirming the current location of Petitioner's detention. (Doc. No. 8 at 3.) That deadline has passed. Respondents have not filed the required letter, nor have they sought an extension or otherwise communicated with the Court.

The information ordered is narrow, time-sensitive, and essential to this Court's exercise of habeas jurisdiction. Compliance with court orders is mandatory.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Respondents shall immediately file the letter previously ordered, confirming Petitioner's current detention location and custodial status.

2. On or before 12:00 p.m. tomorrow, Respondents shall file a written memorandum, not to exceed five (5) pages, explaining the failure to comply with this

2

Court's order and showing cause why further remedial action, including sanctions, should not be imposed.

Whether additional proceedings are necessary will be determined after reviewing Respondents' submission.

Date: January 13, 2026       *s/ Jerry W. Blackwell*
                                                 JERRY W. BLACKWELL
                                                 United States District Judge