# UNITED STATES DISTRICT COURT
## District of Minnesota

Estefany Johanna Sanchez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-216 JWB/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Estefany J.S.'s Petition for a Writ of Habeas Corpus (Doc. No.1) is **GRANTED.**

2. Respondents shall immediately release Petitioner from custody. She must be released in Minnesota and subject to the conditions of her January 2024 release.

3. Respondents shall confirm the time, date, and location of Petitioner's release within 48 hours from the date of this Order.

4. Respondents may not re-detain Petitioner under the statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

5. Petitioner's other claims are not reached.

Date: 1/17/2026

KATE M. FOGARTY, CLERK